JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCION LEE EDWARD BANKS,<br><br>    Petitioner<br><br>    v.<br><br>DAVID HOLBROOK,<br><br>    Respondent. | Case No. 2:24-cv-05121-PA (GJS)<br><br>**JUDGMENT** |

   Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE:  July 3, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE